*Monday, March 27, 1995*

# RECONSIDERATION DOCKET

94–2686. State ex rel. Nicholis v. Indus. Comm. *Franklin County*, No. 93APD12–1649. Reported at 71 Ohio St.3d 1488, 646 N.E.2d 464. IT IS ORDERED by the court that the motion for reconsideration of this court's dismissal of the appeal of George M. Nicholis for want of prosecution be, and the same is hereby, denied, effective March 23, 1995.

# MISCELLANEOUS DISMISSALS

94–1872. State v. Jackson. *Cuyahoga County*, No. 55758. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Appellant's merit brief was due September 30, 1994. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 23, 1995.

94–2686. State ex rel. Nicholis v. Indus. Comm. *Franklin County*, No. 93APD12–1649. This cause is pending before the court as a cross-appeal from the Court of Appeals for Franklin County. Upon consideration of cross-appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and the same is hereby, granted, effective March 23, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

95–302. Hardesty v. P.J. Bordner Co. *Stark County*, Nos. 1994CA00135 and 1994CA00137. This cause is pending before the court as a discretionary appeal and cross-appeal and as a claimed appeal of right. Upon consideration of appellant/cross-appellee's application for dismissal of her appeal,

IT IS ORDERED by the court that the application for dismissal of appeal be, and the same is hereby, granted, effective March 23, 1995.

The cross-appeal and claimed appeal of right of P.J. Bordner Co., Inc., remains pending.

95–575. Colopy v. Wilson. *Knox County*, No. 94CA16. Appellants have filed a memorandum in support of jurisdiction that exceeds the page limitation prescribed by S.Ct.Prac.R. III(1)(C). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellants' memorandum in support of jurisdiction be, and hereby is, stricken, effective March 23, 1995.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, whereas appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court of Ohio, this case be, and hereby is, dismissed.

*Thursday, March 30, 1995*

# MOTION DOCKET

95–274. State ex rel. Barclays Bank PLC v. Hamilton Cty. Court of Common Pleas. In Prohibition. On March 24, 1995, relator filed a reply brief to brief of respondents and a reply brief to briefs of intervenors. In that the Rules of Practice of the Supreme Court of Ohio do not provide for the filing of more than one reply brief by the relator,

IT IS ORDERED by the court, *sua sponte*, that the relator's reply brief to briefs of intervenors be, and hereby is, stricken, effective March 28, 1995.